JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

COREY FIELDS,

              Petitioner,

   v.

R.C. JOHNSON, Warden,

              Respondent.

Case No. 2:19-cv-02549-SVW (MAA)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  January 19, 2022

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE